## William Rako, Appellee, v. Elgin, Joliet & Eastern Railway Company, Appellant.

### Gen. No. 6,214. (Not to be reported in full.)

Appeal from the Circuit Court of Kane county; the Hon. MAZZINI SLUSSER, Judge, presiding. Heard in this court at the October term, 1915. Reversed with finding of facts. Opinion filed April 14, 1916.

### Statement of the Case.

Action by William Rako, plaintiff, against the Elgin, Joliet & Eastern Railway Company and G. Holland, defendants, to recover damages for sickness and death of plaintiff's cows. From a judgment for plaintiff against the defendant railroad company, the latter appeals.

KNAPP & CAMPBELL and ROY R. PHILLIPS, for appellant; J. L. EARLYWINE, of counsel.

FISHER & PERCE, for appellee.

MR. JUSTICE NIEHAUS delivered the opinion of the court.

### Abstract of the Decision.

ANIMALS, § 43*—*when evidence sufficient to show that fence not destroyed by defendant.* Where the plaintiff, in an action for damages for death and sickness of his cows, claimed that owing to the defendant's servants having destroyed a division fence between the plaintiff's field, in which his cows had been confined, and his neighbor's field, the cows got into the latter field and suffered injuries from eating green corn growing there, evidence *held* not to show that the fence was destroyed by the defendant's servants.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.